

**Sara Z. Boriskin, Esquire**
**Managing Partner, New York Office**

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

**\* Deceased**
**\*\*Not Admitted to Practice in New York**

March 23 , 2026

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

|  |  |
|---|---|
| **In Re:** | **Edward Lodini** |
| **Case No.:** | **25-22416-dsj** |
| **Chapter:** | **13** |
| **Property Address:** | **15 Eakman Drive, Garnerville, NY 10923** |

Dear Judge Jones,

This firm represents PHH Mortgage Corporation ("PHH") as Servicer for THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS INDENTURE TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., GMACM MORTGAGE LOAN TRUST 2003-GH2, a secured creditor of the above-named Debtor. On July 7, 2025, a Loss Mitigation Order [Doc No. 26] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for March 25, 2026 at 10:00 A.M

On Aug 28, 2025, a blank loan modification package was emailed to Debtor's Counsel. The same day, Debtor's counsel provided Debtor's Loss mitigation package, which we forwarded to PHH for review. On September 12, 2025, PHH advised that the package was deemed complete. On September 23, 2025, Debtor was denied a loan modification (Please see "Exhibit A"). On October 13, 2025, Debtor's counsel provided an Appeal Letter, which we was forwarded to PHH for review.

On February 20, 2026, PHH advised that the appeal was also denied. On March 20, 2026, PHH advised as follows:

**_Reason for denial_**: *The account was denied as the Debt to Income ratio (DTI) exceeds the permissible limit of 10% to 55%.*

1. *Gross income calculation:*

| Type of income | Amount |
|---|---|
| Pension | $1,726.39 |
| Social Security | $7,558.75 |
| Rental Income | $1,500.00 |
| **Total Income** | **$10,785.14** |

2. *New PITI : **$6,628.07***
3. *DTI: **61.46%***
4. *Mod Term Calculation:*

| Component | Current terms | Proposed terms |
|---|---|---|
| Unpaid Principal Balance | $145,007.79 | $401,471.64 |
| Deferment Amount | | |
| Amortizing UPB | $145,007.79 | $401,471.64 |
| Interest Rate | 5.87500% | 5.87500% |
| Remaining Term | - | 94 |
| 1st Trial Payment date | - | 11/1/2025 |
| Modification Effective Date | - | 1/12026 |
| First mod Payment Date | - | 2/1/2026 |
| Loan Maturity Date | | 11/1/2033 |
| No.Of Trial Payments | - | 3 |
| P&I | $1,017.45 | $5,339.12 |
| T&I | $842.11 | $1,288.95 |
| PITI | $1,859.56 | $6,628.07 |
| Market Value | $634,000.00 | $634,000.00 |
| LTV | 22.87% | 63.32% |

**As the Debtor's appeal has been denied, Secured Creditor respectfully requests the Court terminate loss mitigation**.

Thank you for your consideration of this matter.  Please do not hesitate to contact me with any questions or concerns the Court may have.

Respectfully,

*/s/ Suzanne Youssef*
Suzanne Youssef, Esq.
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
syoussef@raslg.com

cc:      Allen A. Kolber, Esq. (via ECF)